IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTHONY JEROME EDWARDS**                                            **PLAINTIFF**

**v.**                                    **CIVIL NO. 1:24-cv-00122-HSO-BWR**

**REBECCA RASANEN, et al.**                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Clerk of Court is directed to re-open this civil action if the Clerk receives the full filing fee of $350.00 plus an administrative fee of $55.00 within 30 days from the entry of this Order.

**SO ORDERED AND ADJUDGED** this 22nd day of May, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE